UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:21-cv-0877 JAM CKD P<br><br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 18, 2021, the undersigned issued Findings and Recommendations that this action be dismissed without prejudice based on plaintiff's failure to file an amended complaint within the time provided. Plaintiff subsequently filed a motion for an extension of time to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The November 18, 2021 Findings and Recommendations (ECF No. 22) are hereby vacated.

2. Plaintiff's motion for an extension of time (ECF No. 23) is granted.

3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint that is no longer than 25 pages in length including exhibits. The failure to file an

/////

amended complaint within the time provided will result in a recommendation that this action be dismissed.

Dated: January 3, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/smit0877.36+vacateF&R.docx