UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD SMITH, | No. 2:21-cv-0877 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Currently pending before the court is plaintiff's third motion for an extension of time to file an amended complaint. ECF No. 25. Plaintiff requests a general stay of these proceedings until he is released from custody, even though he is no longer confined at the Shasta County Jail where the events giving rise to the complaint occurred. ECF No. 25. The motion also indicates that the amended complaint has been prepared, but needs to be copied. ECF No. 24. For lack of good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is denied.

2. The court will grant plaintiff one last 14 day extension of time in order to photocopy his complaint.

3. Plaintiff may file an amended complaint within 14 days from the date of this order. The amended complaint shall be no longer than 25 pages in length, including exhibits.

4. The failure to file an amended complaint within the time provided will result in a recommendation that this action be dismissed without prejudice.

Dated: February 2, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/smit0877.36(3).deny.docx