UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD SMITH | No.  2:21-cv-00877-JAM-CKD |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

     By order filed September 1, 2021, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  Following numerous extensions of time, on March 1, 2022, the court granted plaintiff one last fourteen day extension of time to file his amended complaint  The allotted time period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 4, 2022

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

12/smit0877.fta.docx

2